

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00004-CV

ACRS 2000 CORP., APPELLANT

V.

PRIDE NETWORK, INC., D/B/A NTS COMMUNICATIONS, AND
NTS COMMUNICATIONS, INC., APPELLEES

On Appeal from the 237th District Court
Lubbock County, Texas
Trial Court No. 2016-520,098, Honorable Les Hatch, Presiding

April 29, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant, ACRS 2000 Corp., has filed an unopposed motion to voluntarily dismiss its appeal.[1] Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(1) and dismiss the appeal. Having dismissed

---

[1] We previously severed and dismissed the appeal of Pride Network, Inc. d/b/a NTS Communications and NTS Communications, Inc. *See Pride Network, Inc. v. ACRS 2000 Corp.*, Nos. 07-19-00004-CV & 07-19-00144-CV, 2019 Tex. App. LEXIS 3261, at *1 (Tex. App.—Amarillo Apr. 23, 2019, order) (per curiam).

the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

It is so ordered.

Per Curiam